# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.

CHRISTOPHER WAYNE BEST,

Defendant.

: CRIMINAL ACTION NO.
: 2:17-CR-36-1-RWS-JCF

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 36]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 36] is hereby approved and adopted as the opinion and order of this Court. As such, Defendant's Motion to Suppress [Doc. No. 20] is DENIED.

**SO ORDERED** this 16th day of October, 2018.

RICHARD W. STORY
United States District Judge